```
 1  PAUL M. JAMOND, Esq.
    State Bar: 61613
 2  Attorney at Law
    200 Fourth Street #300
 3  Santa Rosa, CA 95401
    (707) 526-4550
 4  Fax: (707) 526-4596
    Attorney for:
 5  Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
 7  In re:                                  No. 12-10468

 8  ANTONIO J. CISNEROS
                                            Chapter 13
 9
                                            Hearing date: 9/12/2012
10                                                        9:00 a.m.
                                                          Santa Rosa
11              Debtor
    _____/
12
              DECLARATION OF PAUL JAMOND RE AMOUNT
13            OF DEBTOR'S REASONABLE ATTORNEYS FEES
            INCURRED IN PURSUING OBJECTIONS TO THE UNMERITORIOUS
14            SECURED CLAIMS FILED BY LAND SMITH BUSINESS
                         PARK / PRO SOLUTIONS
15
                         _____
16

17       I, PAUL M.JAMOND, say:

18       I am the attorney for chapter 13 Debtor ANTONIO J. CISNEROS.

19       I have or will incur $6,000 in attorney's fees in pursuing

20  Debtor's two objections to the two secured claims herein filed by

21  Land Smith Business Park HOA / Pro Solutions. My fees and time

22  are further itemized in Exhibit A attached.

23       My fees include the time for propounding extensive written

24  discovery to creditor Land Smith Business Park / Pro Solutions

25  including Interrogatories, Requests for Admissions, and

26  Production of Documents; reviewing and analyzing all answers,

27  responses, and documents produced; and responding to discovery

28  and Interrogatories sent to the Debtor from the creditor; doing
    Page 1
```

legal research on the legal issues presented in connection with these matters and preparing a trial brief on these issues and document exhibit list; and such further time presently anticipated for participating at the contested evidentiary hearing now set for September 12, 2012 at 9:00 am.

I am a certified bankruptcy law specialist. I bill at $300 per hour and have or will have incurred at least 20+ hours of time herein in connection with these two claim objection matters.

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. Executed on September 4, 2012 at Santa Rosa, California.

*/s/ PAUL M. JAMOND*
PAUL JAMOND
ATTORNEY FOR DEBTOR

Page 2

Cisneros / Land Smith Business Park - Pro Solutions
Claim Objection Time Records for attorney Paul Jamond

| Date | Description | Hours |
|---|---|---|
| 5/31/12 | Prepare and file Objection to Claim No. 8 in the amount of $18,781– with notice and opportunity for hearing Serve on creditor and file | .5 |
| 5/31/12 | Prepare and file Objection to Claim No. 9 in the amount of $15,076 – with notice and opportunity for hearing Serve on creditor and file | .5 |
| 6/21/12 | Review brief/opposition papers To objections to claims filed by Land Smith Business Park/ Pro Solutions and their request for further hearing | .4 |
| 6/26/12 | BK Court preliminary hearing on objections to claims, appearance and setting for final hearing | 1.0 |
| 7/9/12 | Prepare and file Interrogatories To Land Smith Business Park / Pro Solutions | 2.5 |
| 7/9/12 | Prepare and file Request For Admissions To Land Smith Business Park/ Pro Solutionms | 2.0 |
| 7/9/12 | Prepare and file Request For Production Of Documents, Land Smith Business Park / Pro Solutions | .5 |
| 8/20/12 | Review discovery response; all documents, | 2.0 |
| 8/24/12 | Legal Research on CC 2924; CC 1663 et seq. Begin Prepare trial brief | 2.0 |
| 8/27/12 | Respond to Interrogatories from Land Smith Business Park / Pro Soutions | 2.0 |
| 8/30/12 | Prepare trial brief; prepare Exhibit /Documents list for final Hearing | 2.0 |
| 9/4/12 | Finalize trial brief; file with court; | |

```
             Finalize exhibit and documentary evidence
             List; file with court                          2.0

9/4/12       Prepare Declaration Paul Jamond re
             Attorneys fees; file with court                 .5


     Total hours:
     through September 4, 2012

                    17.9 @ $300 per hour =    $5,370
```